**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gwen LaCanne

Plaintiff,

**STIPULATION AND ORDER**

v.

**Civ. No. 00-1773(DWF/AJB)**

AAF McQuay Inc., d/b/a
McQuay International,

Defendant,

Sheetmetal Workers' International
Association, AFL-CIO Local 480,

Third Party Defendant.

---

WHEREAS, the parties agree to accept service of Plaintiff's Amended Complaint.

THEREFORE, the parties hereto agree that the following Order may be entered without the necessity of a hearing or upon further notice.

NOV 17 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 17NOV00

Attorneys for Plaintiff
Bertelson Law Office, P.A.
Beth E. Bertelson (#186806)
David J. Schaibley (#279250)
101 Union Plaza
333 Washington Ave. North
Minneapolis, MN 55401
(612) 278-9832

Dated: 10/31/00

Attorneys for Defendant
Rider, Bennett, Egan & Arundel, LLP
John D Thompson (#178676)
2000 Metropolitan Centre
333 South Seventh Street
Mpls, MN 55402
(612) 340-8973

Dated: 11-10-00

Attorneys for Third-Party Defendant
Miller, O'Brien, Bloom
Richard Miller (#73416)
Kelly A. Jeanetta (#277204)
12 Sixth Street South
Mpls, MN 55402
(612) 333-5831

**ORDER**

Based upon the foregoing Stipulation

IT IS HEREBY ORDERED:

That Plaintiff may serve and file her Amended Complaint.

DATED: 11/17/00

The Honorable Arthur J. Boylan
United States Magistrate Judge