**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

GWEN LACANNE,

Plaintiff,

v.

AAF MCQUAY INC., d/b/a
MCQUAY INTERNATIONAL,

Defendant.

Civil No. 00-1773 DWF/AJB

**SUPPLEMENTAL ORDER**

---

The above matter came before the Court on Plaintiff's Motion to Compel Discovery. The Court issued an Order dated May 10, 2001. In said Order, at paragraph two, the Court concluded that, with respect to Interrogatory No. 7 (Set I); Request No. 4 (Set I) and Request Nos. 20, 21 & 22 (Set II), Plaintiff's Motion no longer presented a controversy and was therefore moot. To that extent, Plaintiff's Motion was dismissed without prejudice. Plaintiff now seeks clarification of paragraph two of the May 10 Order. Plaintiff suspects that the Court's decision, with respect to paragraph two, was based on the fact that Defendant had agreed to comply with the discovery requests addressed therein. Plaintiff asks for clarification because Defendant has retained new counsel. The Court hereby clarifies paragraph two of the May 10 Order by stating that the Court's decision, with respect to paragraph two, was based on the fact that Defendant had agreed to comply with the discovery requests addressed therein.

Dated: 5/17/01

Arthur J. Boylan
United States Magistrate Judge

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________