IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Gwen LaCanne,<br><br>Plaintiff,<br><br>vs.<br><br>AAF McQuay, Inc., d/b/a McQuay International,<br><br>Defendant. | CIVIL FILE NO. CV-00-1773 DWF/AJB<br><br>**AMENDED SCHEDULING ORDER** |

The above entitled matter came before the undersigned Magistrate Judge of District Court on Defendant and Third-Party Plaintiff AAF McQuay, Inc., d/b/a McQuay International's Motion to Modify the Pretrial Scheduling Order. Based on the submissions and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Modify the Pretrial Scheduling Order is **GRANTED in part and DENIED in part**.

2. Discovery shall be completed by **July 1, 2001.**

3. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, **July 1, 2001**.

4. All dispositive motions shall be served and filed in accordance with Local Rule 7.1 by **August 1, 2001.**

FILED JUN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

5. This case shall be ready for a jury trial on **December 1, 2001**, or upon resolution of any pending dispositive motions. Anticipated length of trial is 4-5 days.

IT IS SO ORDERED.

Dated: 6/5, 2001.

The Honorable Arthur J. Boylan
United States Magistrate Judge

GP:794139 v1