UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Gwen LaCanne,<br><br>Plaintiff,<br><br>vs.<br><br>AAF McQuay, Inc., d/b/a McQuay International,<br><br>Defendant | CIVIL FILE NO. CV-00-1773 DWF/AJB<br><br>**ORDER AMENDING AMENDED PRETRIAL SCHEDULING ORDER** |

This matter came before the undersigned without a hearing upon joint motion of the parties to amend the Amended Scheduling Order in this case.

Based upon the joint motion of the parties, and for good case shown, **IT IS HEREBY ORDERED** that:

1. Defendant shall take the deposition of Terri Melnychenko on or before August 31, 2001.

2. All other dates set forth in the Court's Amended Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated: July 9th, 2001

The Honorable Arthur J. Boylan
United States Magistrate Judge

GP:806481 v1

FILED JUL 09 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS