UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

GWEN LACANNE, Civil No. 00-1773 DWF/AJB

Plaintiff,

v. ORDER

AAF MCQUAY, INC. d/b/a
McQuay International,

Defendant.

---

Based upon all the files, records, and proceedings in this case, THIS COURT ORDERS:

1. A mediation session will be conducted on Friday, November 9, 2001, at the Federal Courthouse, 316 N. Robert St, Paul MN 55101 by Mediator Roger Haydock beginning at 9:00 am and continuing until a time determined by Mediator Haydock.

2. The following parties and their representatives shall attend this mediation:

   For Plaintiff LaCanne: Gwen LaCanne, Ron LaCanne, Beth Bertelson, and any other legal representative.

   For Defendant AAF McQuay: Eric Roberts, Gary Brisbin, Angela Rud, and any other party or legal representative.

3. The settlement process is mandatory. Representatives from both parties must have full and complete authority to settle the case.

4. The settlement conferences constitute settlement discussions under the rules of evidence and nothing said or disclosed shall be admissible as evidence in any judicial proceedings. No party will call Mediator Haydock to testify or produce any notes or documents related to this settlement in any civil action or proceedings of any kind, and shall indemnify him for any liability, costs, expenses, and attorney fees incurred in resisting any such compulsion.

Filed OCT 19 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

5. The fee for mediation services shall be the fee the parties agreed to pay Mediator Haydock

6. Failure to comply with any part of this Order shall subject the parties to appropriate sanctions, including the assessment of costs, dismissal, or other relief this Court may deem appropriate.

Dated: 10/17/01

ARTHUR J. BOYLAN
United States Magistrate Judge