**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GWEN LACANNE,

Plaintiff,

v.

AAF MCQUAY INC., dba McQuay International,

Defendant.

Civil No. 01-1773 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Beth Bertelson, Esq., and David Schaibley, Esq., Bertelson Law Office, 101 Union Plaza, 333 Washington Avenue North, Minneapolis, MN 55401 and Gerald Laurie, Esq., Laurie & Laurie, 1660 Highway 100 South, Suite 508E, St. Louis Park, MN 55416, counsel for Plaintiff.

Angela Rud, Esq., and Paul Yechout, Esq., Gray Plant Mooty Mooty & Bennett, 3400 City Center, 33 South 6th Street, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 11, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed DEC 11 2001
Richard D. Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________